UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JOE HENRY SCOTT, III,**

    **Plaintiff,**

v.                                        Case No.: 3:19cv3539-RV/HTC

**ESCAMBIA COUNTY SHERIFF'S
OFFICE, MEGAN KEARNS, and
SERGEANT JOHNSON,**

    **Defendants.**

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 28, 2019. (Doc. 7). The parties were provided a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I conclude that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 7) is adopted and incorporated by reference in this Order.

2. Plaintiff's amended complaint (Doc. 5) is DISMISSED for failure to state a claim on which relief may be granted

3. The clerk is directed to close this case file.

**DONE AND ORDERED** this 13th day of December, 2019.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**